**KING INSTRUMENTS CORPORATION,**
Plaintiff–Appellant,

v.

**Luciano PEREGO and Tapematic,**
Defendant/Cross–Appellants.

Nos. 91–1125, 91–1132.

United States Court of Appeals,
Federal Circuit.

July 10, 1995.

David J. Brezner, Richard F. Trecartin and Richard P. Doyle, Jr., Flehr, Hohbach, Test, Albritton & Herbert, San Francisco, CA, were on the brief for plaintiff-appellant. Also on the brief was Nicholas A. Pandiscio, Schiller, Pandiscio & Kusmer, of Cambridge, MA, of counsel.

Edgar H. Haug, Adam L. Brookman and Mary Ann G. Mullen, Curtis, Morris & Safford, P.C., New York City, were on the brief for defendant/cross-appellants.

Before ARCHER, Chief Judge, RICH, NIES, NEWMAN, MAYER, MICHEL, PLAGER, LOURIE, CLEVENGER, RADER, SCHALL, and BRYSON, Circuit Judges.

*ORDER*

PER CURIAM.

The appeals, having originally been submitted to a panel of the court and, thereafter, it having been ordered that the appeals should be decided en banc,

IT IS ORDERED that the appeals shall be decided by the panel to which they were originally submitted.